

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 22, 2025

> Application for a six-month stay is GRANTED in contemplation of a consensual resolution.  May 9, 2025 conference is vacated. SO ORDERED.
> Dated:  4/23/2054
>
> P. Kevin Castel
> United States District Judge

VIA ECF
Hon. P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    **Re:  *Jibran, et al. v. Blinken, et al.,*  No. 24 Civ. 6149 (PKC)**

Dear Judge Castel:

    This Office represents the government in this action, in which the plaintiffs seek an order compelling the U.S. Department of State to adjudicate two pending visa applications.  I write respectfully to request a six-month stay of this matter.  The government's response to the complaint is currently due on April 23, 2025, and an initial conference is currently scheduled for May 9, 2025, at 11:30 a.m.

    This court has granted the government six extensions, as the parties continued to work toward a consensual resolution of this matter.  *See* Dkt. No. 12, 14, 16, 18, 20, 22.  Since the government's prior request for an extension, the State Department National Visa Center received Plaintiffs' response to the request for information and the two pending visa applications have been documentarily completed.  We anticipate that both cases will be sent to the U.S. Embassy in Djibouti, which will contact the applicants to schedule their interviews.

    The Government again acknowledges the unusual number of extensions in this matter. Because of the slower than anticipated pace of the underlying administrative processes, the parties believe that six-month stay would serve interest of judicial economy while allowing the parties to continue work toward a potential consensual resolution of this matter.

I thank the Court for its consideration of this request.

                      Respectfully submitted,

                      JAY CLAYTON
                      United States Attorney

By:   */s/ Leslie A. Ramirez-Fisher*
       LESLIE A. RAMIREZ-FISHER
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Telephone: (212) 637-0378
       E-mail: leslie.ramirez-fisher@usdoj.gov
       *Attorney for Defendants*

cc: Counsel of record (via ECF)